208 So.2d 322

**Katherine PINCHERA et vir**

v.

**The GREAT ATLANTIC & PACIFIC
TEA COMPANY, Inc.**

No. 49129.

March 25, 1968.

The application is denied. The judgment complained of is correct.

BARHAM, J., recused.

208 So.2d 322

**Paul Ettric DAVIS et ux.**

v.

**ALLSTATE INSURANCE COMPANY.**

No. 49130.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.

BARHAM, J., recused.

3

208 So.2d 322

**James DUNCAN**

v.

**CARLO DITTA, INC., and The Employers
Liability Assurance Corporation, Ltd.**

No. 49133.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

208 So.2d 323

**Paul Ettric DAVIS et ux.**

v.

**ALLSTATE INSURANCE COMPANY.**

No. 49134.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.

BARHAM, J., recused.

■

208 So.2d 323

**Weldon VIATOR**

**v.**

**Thomas N. GILBERT, Coating Specialists, Inc., Westchester Fire Insurance Company and John E. Wilkinson.**

**No. 49142.**

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■ .

208 So.2d 323

**Weldon VIATOR**

**v.**

**Thomas N. GILBERT, Coating Specialists, Inc., Westchester Fire Insurance Company and John E. Wilkinson.**

**No. 49143.**

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.